# RUBINSTEIN & COROZZO, LLP
#### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

May 23, 2012

**VIA ECF**
The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *United States v. Michael Scarpaci*
        **Docket No. 10-cr-480 (JBW)**

Dear Judge Weinstein:

    I write to respectfully request an extension of my client's surrender date until September 12, 2012. Mr. Scarpaci is currently being supervised by pre-trial services for the instant matter and is serving a term of supervised release pursuant to a recent conviction in the Southern District of New York. As a result of that conviction Mr. Scarpaci was incarcerated from April 2010 until August of 2011.

    Since his release from the Bureau of Prisons Mr. Scarpaci has been gainfully employed. The request for an extension of his surrender date from July 2, 2012 until September 12, 2012 is to enable Mr. Scarpaci to further solidify his employment so that it will remain available to him upon his release.

    In addition, Mr. Scarpaci has four children under the age of ten years old. The extension request is also made to enable Mr. Scarpaci the necessary bonding time with his children while they are off from school.

    The Government (by AUSA Roger Burlingame) has consented to this request.

                                      Very truly yours,

                                      Joseph Corozzo

Cc:    All counsel via ECF